ENTERED ON DOCKET
NOV 19 1999 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JACINTO LOPEZ-BORGES

 Petitioner,

v.

RAFAEL SERRANO-SERRANO,
WARDEN, et al.,

 Respondents.

Civil No. 97-2247 (JAF)

RECEIVED & FILED
1999 NOV 19 PM 12: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to the terms and conditions of an Opinion and Order subscribed by the court today, judgment is now entered dismissing this 28 U.S.C. § 2254 petition without prejudice.

San Juan, Puerto Rico, this 19th day of November, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)